UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**



MAY 11 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEXANDER PANELLI, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> TARGET CORPORATION, <br><br> Defendant - Appellee. | No. 24-6640 <br><br> D.C. No. <br> 3:24-cv-01218-H-DEB <br><br> Southern District of California, <br> San Diego <br><br> **MANDATE** |

The judgment of this Court, entered April 17, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT